1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                       CENTRAL DISTRICT OF CALIFORNIA

9

10

11   VERONICA SEGURA,              ) Case No. EDCV 09-2108-CJC(RC)
                                   )
12                  Plaintiff,     )
     vs.                           ) ORDER ADOPTING REPORT AND
13                                 ) RECOMMENDATION OF UNITED STATES
     ROBERT PRESLEY DETENTION      )
14   CENTER RIVERSIDE COUNTY,      )
                                   )
15                  Defendant.     )
     _____)
16

17        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

18   complaint along with the attached Report and Recommendation of

19   United States Magistrate Judge Rosalyn M. Chapman, and has made a

20   de novo determination.

21

22        IT IS ORDERED that (1) the Report and Recommendation is

23   approved and adopted; and (2) the complaint and action are

24   dismissed without prejudice under Rule 41(b) and due to

25   plaintiff's failure to diligently prosecute.

26   //

27   //

28   //

1    IT IS FURTHER ORDERED that the Clerk shall serve copies of

2   this Order and the Magistrate Judge's Report and Recommendation by

3   the United States mail on the plaintiff.

4

5   DATED: March 15, 2010

6                                  _____

7                                       CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE

8   R&Rs\09-2108.ado
    2/16/10

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                      2