JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA SEGURA, | ) Case No. EDCV 09-2108-CJC(RC) |
| Plaintiff, | ) |
| vs. | ) JUDGMENT |
| ROBERT PRESLEY DETENTION CENTER RIVERSIDE COUNTY, | ) |
| Defendant. | ) |

IT IS ADJUDGED that Judgment be entered dismissing without prejudice the complaint and action under Rule 41(b) and due to plaintiff's failure to diligently prosecute.

DATED: March 15, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

R&Rs\09-2108.jud
2/16/10